129 A.3d 1239

**Muhammad AZIZ, Petitioner.**

**v.**

**Honorable Sheila WOODS–SKIPPER, Respondent**

**No. 149 EM 2015.**

Supreme Court of Pennsylvania.

Jan. 21, 2016.

## *ORDER*

PER CURIAM.

**AND NOW,** this 21st day of January, 2016, the Application for Leave to File Original Process is **GRANTED,** the Petition for Writ of Mandamus is **DENIED,** and the Prothonotary is **DIRECTED** to strike the name of the jurist from the caption.

Justice EAKIN did not participate in the consideration or decision of this matter.